UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLAS CICERO JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>SSA COMMISSIONER, et al.,<br><br>Defendants. | Case No. 26-cv-02982-NW<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: ECF No. 2 |

Plaintiff has filed an application to proceed *in forma pauperis*. ECF No. 2. Having considered the application and complaint, the Court hereby GRANTS Plaintiff's application. The Clerk of Court shall transmit a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney in the Northern District.

**IT IS SO ORDERED.**

Dated: April 22, 2026

_____

Noël Wise
United States District Judge